Kimberley Hanks McGair, OSB #984205
kmcgair@fwwlaw.com
FARLEIGH WADA WITT
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Defendant Advanced Reporting, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| SAMANTHA JOHNSON,<br><br>                    Plaintiff,<br><br>       v.<br><br>BACKGROUND INVESTIGATIONS, INC, a domestic corporation, CORELOGIC CREDCO, LLC, a foreign corporation, FIRST ADVANTAGE BACKGROUND SERVICES CORP., a foreign corporation, ADVANCED REPORTING, LLC, a domestic corporation,<br><br>                    Defendants. | Case No. 3:16-cv-00051-BR<br><br>DEFENDANT ADVANCED REPORTING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES |

Defendant Advanced Reporting, LLC ("Advanced Reporting") answers plaintiff's complaint as follows:

1.

Advanced Reporting admits the allegations in paragraph 1 and of plaintiff's complaint.

Page 1 -   DEFENDANT ADVANCED REPORTING, LLC'S ANSWER AND AFFIRMATIVE DEFENSES

2.

Advanced Reporting has insufficient information to admit or deny the allegations in paragraphs 3, 4 and 5 of plaintiff's complaint and so denies the same.

3.

Advanced Reporting admits the allegations contained in paragraph 6 of plaintiff's complaint.

4.

Advanced Reporting has insufficient information to admit or deny the allegations contained in paragraphs 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17 and 18 of plaintiff's complaint and so denies the same.

5.

Advanced Reporting admits that Columbia County Christian School requested a criminal background check on plaintiff from Advanced Reporting. Advanced Reporting has insufficient information to admit or deny the remaining allegations in paragraph 19 of plaintiff's complaint.

6.

Advanced Reporting admits that, after using reasonable procedures to prepare its report, it prepared and sent to Columbia County Christian School a report that contained information belonging to an individual with the same first name, middle name, last name and date of birth as plaintiff, but who was not the plaintiff. Advanced Reporting denies the remaining violations of paragraph 20 of plaintiff's complaint.

7.

Advanced Reporting admits that, after using reasonable procedures to prepare its report, it prepared and sent to Columbia County Christian School a report identifying plaintiff that contained the information set forth in paragraph 21 of plaintiff's complaint. Advanced Reporting further admits that it later learned that the described information belonged to an individual with the same first name, middle name, last name and date of birth as plaintiff, but who was not the plaintiff. Advanced Reporting has insufficient information to admit or deny the allegations in paragraph 21 regarding plaintiff and so denies the same. Advanced Reporting denies the remaining allegations in paragraph 21 of plaintiff's complaint.

8.

The allegations in paragraphs 22 through 45 of plaintiff's complaint are not asserted against Advanced Reporting and do not require a response. To the extent a response is required, Advanced Reporting has insufficient information to admit or deny the allegations therein and so denies the same.

9.

Advanced Reporting admits and denies the allegations in paragraph 46 of plaintiff's complaint as they were admitted and denied above.

10.

Advanced Reporting denies the allegations contained in paragraphs 47 and 48 of plaintiff's complaint.

11.

In answer to paragraph 49 of plaintiff's complaint, Advanced Reporting denies that plaintiff is entitled to recover her attorneys fees.

12.

Advanced Reporting admits and denies the allegations in paragraph 50 of plaintiff's complaint as they were admitted and denied above.

13.

Advanced Reporting denies the allegations contained in paragraphs 51 and 52 of plaintiff's complaint.

14.

In answer to paragraph 53 of plaintiff's complaint, Advanced Reporting denies that plaintiff is entitled to recover her attorneys fees.

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

15.

Plaintiff has failed to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (Reasonable Procedures)

Advanced Reporting has, at all materials, used reasonable procedures to assure maximum possible accuracy of the information in its reports.

## THIRD AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

17.

Plaintiff's claims are barred to the extent she failed to take reasonable steps to mitigate her damages.

WHEREFORE, defendant Advanced Reporting, LLC prays for judgment in its favor dismissing plaintiff's claims against Advanced Reporting, LLC and awarding Advanced Reporting, LLC its costs incurred herein.

DATED: May 12, 2016.

                            FARLEIGH WADA WITT

                            By:   s/ Kimberley Hanks McGair
                                  Kimberley Hanks McGair, OSB #984205
                                  (503) 228-6044
                                  kmcgair@fwwlaw.com
                                  Attorneys for Defendant Advanced Reporting, LLC

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Andrew M. Altschul
andrew@baaslaw.com, heather@baaslaw.com

Christopher J. Kayser
cjkayser@larkinsvacura.com, docket@larkinsvacura.com, nicole-smith-larkins-vacura-llp-3754@ecf.pacerpro.com, nsmith@larkinsvacura.com

Megan H. Poonolly
mpoonolly@seyfarth.com

Robert S. Sola
rssola@msn.com, saflatooni@outlook.com

Ronald I. Raether , Jr
Ronald.Raether@troutmansanders.com, Amanda.Haynes@troutmansanders.com

Shidon B. Aflatooni
saflatooni@outlook.com

William J. Edgar
wedgar@bittner-hahs.com, mmoore@bittner-hahs.com

FARLEIGH WADA WITT


By:   s/ Kimberley Hanks McGair
Kimberley Hanks McGair, OSB #984205
(503) 228-6044 (phone)
kmcgair@fwwlaw.com