**Christopher J. Kayser, OSB No. 984244**
cjkayser@lvklaw.com
**LARKINS VACURA KAYSER LLP**
121 S.W. Morrison St., Suite 700
Portland, Oregon 97204
Telephone:  503-222-4424
Facsimile:   503-827-7600

**Ronald I. Raether, Jr. (admitted** *pro hac vice*)
ronald.raether@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, Virginia 23219
Telephone:  804-697-1330
Facsimile:   804.698.6013

Attorneys for Defendant CoreLogic SafeRent, LLC, improperly named as CoreLogic Credco, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| SAMANTHA JOHNSON,<br><br>              Plaintiff,<br><br>v.<br><br>BACKGROUND INVESTIGATIONS, INC., a domestic corporation; CORELOGIC CREDCO, LLC, a foreign corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a foreign corporation; and ADVANCED REPORTING, LLC, a domestic corporation,<br><br>              Defendants. | Case No. 3:16-cv-51-BR<br><br>**DEFENDANT'S MOTION TO AMEND CASE CAPTION TO REFLECT CORPORATE NAME CHANGE** |

Defendant CoreLogic SafeRent, LLC, improperly named as CoreLogic Credco, LLC, hereby files this motion to amend the case caption. Defendant requests this amendment to reflect Defendant's new corporate name. Defendant recently announced that it would change its

corporate name from CoreLogic SafeRent, LLC to CoreLogic Rental Property Solutions, LLC, effective May 12, 2016. *See* **Exhibit A** (Certificate of Amendment).

Therefore, Defendant respectfully requests that the Court amend the case caption to reflect Defendant's correct corporate name—"CoreLogic Rental Property Solutions, LLC f/k/a CoreLogic SafeRent, LLC"—and to direct all parties to identify Defendant by its new corporate name in future submissions to the Court. A proposed order for the Court's consideration is attached as **Exhibit B**.

Dated: August 5, 2016

        s/ Christopher J. Kayser
        Christopher J. Kayser (OSB #984244)
        LARKINS VACURA KAYSER LLP
        121 S.W. Morrison Street, Suite 700
        Portland, OR 97204
        Telephone: (503) 222-4424
        Facsimile: (503) 827-7600
        cjkayser@lvklaw.com

        Ronald I. Raether, Jr. (admitted *pro hac vice*)
        TROUTMAN SANDERS LLP
        5 Park Plaza, Suite 1400
        Irvine, CA 92614-2545
        Telephone: (949) 622-2722
        Facsimile: (949) 622-2739
        ronald.raether@troutmansanders.com

        Counsel for CoreLogic Rental Property Solutions, LLC f/k/a CoreLogic SafeRent, LLC

# Exhibit A

# Delaware
## The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "CORELOGIC SAFERENT, LLC", CHANGING ITS NAME FROM "CORELOGIC SAFERENT, LLC" TO "CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC", FILED IN THIS OFFICE ON THE TWELFTH DAY OF MAY, A.D. 2016, AT 8:37 O`CLOCK P.M.




Jeffrey W. Bullock, Secretary of State

3040669  8100  
SR# 20163160997

Authentication: 202320132  
Date: 05-14-16

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 08:37 PM 05/12/2016
FILED 08:37 PM 05/12/2016
SR 20163160997 - File Number 3040669

# STATE OF DELAWARE
# CERTIFICATE OF AMENDMENT

1. Name of Limited Liability Company: _____
   CoreLogic SafeRent, LLC

2. The Certificate of Formation of the limited liability company is hereby amended as follows: Article First is amended to read:
   The name of the limited liability company is:
   CoreLogic Rental Property Solutions, LLC

IN WITNESS WHEREOF, the undersigned have executed this Certificate on the 12 day of May , A.D. 2016 .

By: _____
Authorized Person(s)

Name: Stergios Theologides
Print or Type

# Exhibit B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SAMANTHA JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>BACKGROUND INVESTIGATIONS, INC., a domestic corporation; CORELOGIC CREDCO, LLC, a foreign corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a foreign corporation; and ADVANCED REPORTING, LLC, a domestic corporation,<br><br>   Defendants. | Case No. 3:16-cv-51-BR<br><br>**ORDER DIRECTING AMENDMENT OF CAPTION** |

  Upon the application of Defendant CoreLogic SafeRent, LLC, improperly named as CoreLogic Credco, LLC, and good cause having been shown and no adverse interest being represented, it is

  **ORDERED**, that Defendant's Motion to Amend the Case Caption to Reflect Corporate Name Change is GRANTED.  The caption of this matter is amended to change the name of "CoreLogic Credco, LLC" to "CoreLogic Rental Property Solutions, LLC f/k/a CoreLogic SafeRent, LLC."  The parties shall use that nomenclature in all future filings in this action.

| | |
|---|---|
| _____<br>Date | _____<br>ANNA J. BROWN<br>United States District Judge |

2 - STIPULATED PROTECTIVE ORDER