**ROBERT S. SOLA**
Oregon State Bar No. 844541
rssola@msn.com
**SHIDON B. AFLATOONI**
Oregon State Bar No. 113115
saflatooni@outlook.com
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, Oregon 97201
Telephone (503) 295-6880
Facsimile (503) 243-4546
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SAMANTHA JOHNSON**,<br><br>    Plaintiff,<br><br>    v.<br><br>**BACKGROUND INVESTIGATIONS, INC.,** a domestic corporation, **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC f/k/a CORELOGIC SAFERENT, LLC,** a foreign corporation, **FIRST ADVANTAGE BACKGROUND SERVICES CORP.,** a foreign corporation, **ADVANCED REPORTING, LLC,** a domestic corporation,<br><br>    Defendants. | Case No. 3:16-cv-00051-BR<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES CORP. ONLY |

    Plaintiff Samantha Johnson ("Plaintiff"), by counsel, and Defendant First Advantage Background Services Corp. ("First Advantage"), by counsel, hereby stipulate and agree that all matters herein between them that were asserted or could have been asserted, have been compromised and settled, and that Plaintiff's cause against First Advantage only should be dismissed, with prejudice.

Page 1 – STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT FIRST ADVANTAGE BACKGROUND SERVICES, CORP. ONLY

DATED this 21st day of October 2016.

                Respectfully submitted,

                s/ Shidon B. Aflatooni
                Shidon B. Aflatooni
                Robert S. Sola, P.C.
                Oregon State Bar No. 113115
                1500 SW First Avenue, Suite 800
                Portland, Oregon 97201
                Attorneys for Plaintiff

                s/ Megan H. Poonolly
                Megan H. Poonolly (*pro hac vice*)
                Seyfarth Shaw LLP
                1075 Peachtree Street, Suite 2500
                Atlanta, GA 30309
                Attorneys for Defendant First Advantage

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the clerk of the court using the CM/ECF system which will send notice of such filing to the following counsel of record:

William J. Edgar
Bittner & Hahs, PC
4949 SW Meadows Road, Suite 260
Lake Oswego, OR 97035
Attorneys for Defendant Background Investigations, Inc.

| | |
|---|---|
| Christopher J. Kayser | Ronald I. Raether, Jr. |
| Larkins Vacura LLP | Troutman Sanders LLP |
| 121 SW Morrison Street, Suite 700 | 5 Park Plaza, Suite 1400 |
| Portland, OR 97204 | Irvine, CA 92614 |

Bryan M. Haynes
Devika Persaud
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Attorneys for Defendant CoreLogic Rental Property Solutions, LLC f/k/a CoreLogic SafeRent, LLC

| | |
|---|---|
| Andrew M. Altschul | Megan H. Poonolly |
| Buchanan Angeli Altschul & Sullivan LLP | Seyfarth Shaw LLP |
| 321 SW 4th Avenue, Suite 600 | 1075 Peachtree Street, Suite 2500 |
| Portland, OR 97204 | Atlanta, GA 30309 |

Attorneys for Defendant First Advantage Background Services Corp.

Kimberley Hanks McGair
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, OR 97204

Attorneys for Defendant Advanced Reporting, LLC

October 21, 2016

                                                                         s/ Shidon B. Aflatooni
                                                                          Shidon B. Aflatooni

                                                                          Attorneys for Plaintiff