UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SAMANTHA JOHNSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BACKGROUND INVESTIGATIONS, INC., a domestic corporation; CORELOGIC CREDCO, LLC, a foreign corporation; FIRST ADVANTAGE BACKGROUND SERVICES CORP., a foreign corporation; and ADVANCED REPORTING, LLC, a domestic corporation,<br><br>　　　　Defendants. | **Case No. 3:16-cv-51-BR**<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

　　　　Pursuant to Local Rule 83-11(c), former counsel admitted *Pro Hac Vice* for CoreLogic Credco, Inc., Bryan M. Haynes, hereby withdraws as counsel admitted *Pro Hac Vice* for the defendant.

　　　　DATED: October 28, 2016.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　LARKINS VACURA KAYSER, LLP

　　　　　　　　　　　　　　　　　　　　s/ Christopher J. Kayser
　　　　　　　　　　　　　　　　　　　　Christopher J. Kayser, OSB #984244
　　　　　　　　　　　　　　　　　　　　cjkayser@lvklaw.com