**ROBERT S. SOLA**
Oregon State Bar No. 844541
rssola@msn.com
**SHIDON B. AFLATOONI**
Oregon State Bar No. 113115
saflatooni@outlook.com
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, Oregon 97201
Telephone (503) 295-6880
Facsimile (503) 243-4546
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SAMANTHA JOHNSON**, <br><br> Plaintiff, <br><br> v. <br><br> **BACKGROUND INVESTIGATIONS, INC.,** a domestic corporation, **CORELOGIC RENTAL PROPERTY SOLUTIONS, LLC f/k/a CORELOGIC SAFERENT, LLC,** a foreign corporation, **FIRST ADVANTAGE BACKGROUND SERVICES CORP.,** a foreign corporation, **ADVANCED REPORTING, LLC,** a domestic corporation, <br><br> Defendants. | Case No. 3:16-cv-00051-BR <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT ADVANCED REPORTING, LLC ONLY |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Samantha Johnson ("Plaintiff") and Defendants Advanced Reporting, LLC ("Advanced Reporting"), Background Investigations, Inc., CoreLogic Rental Property Solutions, LLC f/k/a CoreLogic SafeRent, LLC and First Advantage Background Services Corp. hereby stipulate and agree that all claims asserted herein by Plaintiff against Advanced Reporting have been compromised and settled, and that Plaintiff's

cause against Advanced Reporting only should be dismissed, with prejudice, and without costs or attorney fees to either Plaintiff or Advanced Reporting.

DATED this 2nd day of December 2016.

So Stipulated:

s/ Robert S. Sola
Robert S. Sola
Oregon State Bar No. 844541
Shidon B. Aflatooni
Oregon State Bar No. 113115
Robert S. Sola, P.C.
1500 SW First Avenue, Suite 800
Portland, Oregon 97201
Telephone (503) 295-6880
Facsimile (503) 243-4546
rssola@msn.com
saflatooni@outlook.com
*Attorneys for Plaintiff Samantha Johnson*

s/ William J. Edgar
William J. Edgar
Oregon State Bar No. 120136
Bittner & Hahs, PC
4949 SW Meadows Road, Suite 260
Lake Oswego, Oregon 97035
Telephone (503) 228-5626
Facsimile (503) 228-8566
wedgar@bittner-hahs.com
*Attorney for Defendant Background Investigations, Inc.*

s/ Christopher J. Kayser
Christopher J. Kayser
Oregon State Bar No. 984244
Larkins Vacura Kayser LLP
121 SW Morrison Street, Suite 700
Portland, Oregon 97204
Telephone (503) 222-4424
Facsimile (503) 827-7600
cjkayser@lvklaw.com

Ronald I. Raether, Jr. (*pro hac vice*)
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone (949) 622-2722
Facsimile (949) 622-2739
ronald.raether@troutmansanders.com

Ashley L. Taylor, Jr. (*pro hac vice*)
Devika Persaud
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Telephone (804) 697-1200

s/ Andrew M. Altschul
Andrew M. Altschul
Oregon State Bar No. 980302
Buchanan Angeli Altschul & Sullivan LLP
321 SW 4th Avenue, Suite 600
Portland, Oregon 97204
Telephone (503) 974-5015
Facsimile (503) 230-0337
andrew@baaslaw.com

Megan H. Poonolly (*pro hac vice*)
Seyfarth Shaw LLP
1075 Peachtree Street, Suite 2500
Atlanta, Georgia 30309
Telephone (404) 885-1500
Facsimile (404) 892-7056
mpoonolly@seyfarth.com
*Attorneys for Defendant First Advantage Background Services, Corp.*

Page 2 – STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT ADVANCED REPORTING ONLY

Facsimile (804) 697-1339
ashley.taylor@troutmansanders.com
devika.persaud@troutmansanders.com
*Attorneys for Defendant CoreLogic Rental Property Solutions, LLC f/k/a CoreLogic SafeRent, LLC*

s/ Kimberley Hanks McGair
Kimberley Hanks McGair
Oregon State Bar No. 984205
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204
Telephone (503) 228-6044
Facsimile (503) 228-1741
kmcgair@fwwlaw.com
*Attorneys for Defendant Advanced Reporting, LLC*

Page 3 – STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT ADVANCED REPORTING ONLY

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the clerk of the court using the CM/ECF system which will send notice of such filing to the following counsel of record:

William J. Edgar
Bittner & Hahs, PC
4949 SW Meadows Road, Suite 260
Lake Oswego, OR 97035
Attorneys for Defendant Background Investigations, Inc.

| | |
|---|---|
| Christopher J. Kayser | Ronald I. Raether, Jr. |
| Larkins Vacura Kayser LLP | Troutman Sanders LLP |
| 121 SW Morrison Street, Suite 700 | 5 Park Plaza, Suite 1400 |
| Portland, OR 97204 | Irvine, CA 92614 |

Devika Persaud
Ashley L. Taylor, Jr.
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219
Attorneys for Defendant CoreLogic Rental Property Solutions, LLC f/k/a CoreLogic SafeRent, LLC

| | |
|---|---|
| Andrew M. Altschul | Megan H. Poonolly |
| Buchanan Angeli Altschul & Sullivan LLP | Seyfarth Shaw LLP |
| 321 SW 4th Avenue, Suite 600 | 1075 Peachtree Street, Suite 2500 |
| Portland, OR 97204 | Atlanta, GA 30309 |

Attorneys for Defendant First Advantage Background Services Corp.

Kimberley Hanks McGair
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, OR 97204

Attorneys for Defendant Advanced Reporting, LLC

      December 2, 2016

                                                    s/ Shidon B. Aflatooni
                                                    Shidon B. Aflatooni

                                                    Attorneys for Plaintiff